UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALBERT DOBRICK,
DAWNETTE DOBRICK,

　　　　　　Plaintiffs,

-vs-　　　　　　　　　　　　　　　　　　　　　　Case No. 6:08-cv-1122-Orl-KRS

LAKE BUENA VISTA RESORT, LLC,

　　　　　　Defendant.

_____

## ORDER

On November 18, 2008, United States Magistrate Judge Karla Spaulding entered a report and recommendation (Doc. 35) after a status conference was held in this case. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Court **VACATES** the referral of this case to the magistrate judge. In addition, the Court transfers this case to the Hon. Mary S. Scriven, with her permission, to be considered with case no. 6:08-cv-00980-Orl-35KRS.

It is **SO ORDERED** in Orlando, Florida, this _6_ day of January, 2009.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　G. KENDALL SHARP
　　　　　　　　　　　　　　　　　　Senior United States District Judge

Copies to:

Counsel of Record
Hon. Mary S. Scriven
United States Magistrate Judge